UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EMAD RASHAD SHAMS,                                  :

                 Plaintiff,        :

    -against-                                       :

EGYPT AIR,                                           :

                Defendant.         :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/08
```

08 Civ. 6908 (SHS) (AJP)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX**  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____  Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____  Settlement*

____  Inquest After Default/Damages Hearing

____  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____  Habeas Corpus

____  Social Security

____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

Dated: New York, New York
       August 5, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.