AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           : ss.:
COUNTY OF WESTCHESTER      )

      I, Hipolito Zalun being sworn, say; I am not a party to the action, am over 18 years of age and reside at 38 Fawn Lane, Westbury, NY 11590.

      On August 28, 2008, I served the within Answer by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, by certified mail, return receipt requested addressed to the following persons at the last known address set forth after the names: James P. Kreindler, Esq. and Justin T. Green, Esq., Kreindler & Kreindler, 100 Park Avenue, New York, New York 10017

_____

Sworn to before me
this 28th day of August, 2008

_____
Notary Public

KATHLEEN GALLO
Notary Public, State of New York
No. 30-4680321
Qualified in Nassau County
Commission Expires 8-31-10